# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Dennis Novotny,

      Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                            3:05cv370

Michael Chapman,

      Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/22/08 Order.

                                           Signed: February 25, 2008

                                         Frank G. Johns, Clerk
                                         United States District Court